RECEIVED
NOV 1 5 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Appeal No. 03-15-00823-CR
In The
Third Court of Appeals
At Austin, Texas

Louis Anthony Ramos
Appellant,

V.

The State of Texas
Appellee

FILED
November 15, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Appeal of Cause Number CR-15-0603 From The 274TH Judicial District Court of Hays County

Third Motion For Extension of Time to File Appellant's Pro Se Brief or Response To Ander's Brief

To The Honorable Justices of The Court of Appeals:

Comes Now Louis Anthony Ramos, Appellant Pro Se, and respectfully moves the Court to extend the deadline for filing his brief (or response) by 60 days. In Support, Appellant would Show the following:

I.

On October 28th 2015 the Jury found Appellant guilty of Aggravated Assault with a Deadly Weapon. The Jury assessed punishment at 15 years imprisonment in the Texas Department of Criminal Justice.

II.

On October 28th 2015 the Jury found Appellant guilty of Aggravated Assault with A Deadly Weapon. The Jury assessed punishment at 10 years imprisonment in the Texas Department of Criminal Justice.

## III.

On July 1, 2016, Appellant received notice by mail that his appeal Attorney filed an Ander's brief on his behalf and notice that Appellant had a right to file a Pro Se brief or response to the Anders brief.

## IV.

On August 24, 2016 the appellate record was first made available to Appellant. The deadline for filing Appellant's brief or response is December 12, 2016.

## V.

This is Appellant's Third request for extension. Appellant is unable to meet the deadline for the following reasons: I recently got transfered to the Neal Unit in Amarillo Texas from the Holliday Unit in Huntsville Texas and I am still waiting for my legal papers regarding this case to be mailed to this Unit from the Holliday Unit. They only allowed me one small bag that didn't fit all my legal paper work so now I have to wait for them to mail the rest of them. I need them to finish my response.

## VI.

For the reasons stated above, Appellant respectfully requests an additional 60 days to complete the Pro Se brief or response in support of Appellant's appeal.

## VII.

Appellant prays that the Court grant this motion and extend the time to file Appellant's Pro Se brief or response by 60 days, extending the deadline to February 13, 2017.

Respectfully Submitted,

_[signature]_

Appellant, Pro Se
Louis Ramos TDCJ#2033160
Neal Unit

## Certificate of Service

I hereby certify that on November 7th, 2016, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the Clerk for the Third Court of Appeals by U.S. First Class mail addressed to Jeffrey D. Kyle at P.O. Box 12547, Austin, Texas 78711-2547 .

_____
Appellant, Pro Se

I, Louis Anthony Ramos, TDCJ# 2033160, being presently incarcerated in the Neal Unit of the Texas Department of Criminal Justice-Institutional Division in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 7th day of November , 2016.

_____
Louis Anthony Ramos
TDCJ# 2033160

Louis Ramos TDCJ #2033160
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

legal mail

USA FOREVER

AMARILLO TX 791
10 NOV 2016PM 2 T

78711352547

Jeffrey D. Kyle
Court of Appeals, Third District
P.O. Box 12547, Austin, TX 78711-2547